```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


TIMOTHY J. RITCHEY                )
                                  )
            Plaintiff,            )   Docket No. 19 C 311
                                  )
        vs.                       )
                                  )
METROPOLITAN LIFE INSURANCE       )
COMPANY, INC., et al.             )   Chicago, Illinois
                                  )   November 6, 2019
            Defendants.           )   9:17 a.m.


             TRANSCRIPT OF PROCEEDINGS - Status
       BEFORE THE HONORABLE CHIEF JUDGE REBECCA R. PALLMEYER

APPEARANCES:

For the Plaintiff:        PECK RITCHEY, LLC
                          BY:  MR. PETER M. BRADY
                          105 West Adams, 31st Floor
                          Chicago, Illinois  60602


For the Defendant         SMITH, von SCHLEICHER & ASSOCIATES
Metropolitan Life:        BY:  MS. JACQUELINE J. HERRING
                          180 North LaSalle Street, Suite 3130
                          Chicago, Illinois  60601




Court Reporter:           FRANCES WARD, CSR, RPR, RMR, FCRR
                          Official Court Reporter
                          219 S. Dearborn Street, Suite 2524A
                          Chicago, Illinois  60604
                          (312) 435-5561
                          frances_ward@ilnd.uscourts.gov
```

1    THE CLERK: 19 C 311, Ritchey versus U.S. Office of
2    Personnel Management.
3    MR. BRADY: Good morning, your Honor.
4    Peter Brady on behalf of the plaintiff.
5    THE COURT: Good morning, Mr. Brady.
6    MS. HERRING: Jacqueline Herring on behalf of
7    Defendant Metropolitan Life Insurance Company.
8    THE COURT: Ms. Herring, good morning.
9    MS. HERRING: Good morning.
10   MR. BRADY: So your Honor will recall last time we
11   were here Mr. Stokes was present here with his attorney, who
12   withdrew as we were standing before you.
13   I can't speak for Ms. Herring, but I haven't had
14   any contact with Mr. Stokes.
15   MS. HERRING: I have not heard anything from
16   Mr. Stokes, your Honor.
17   THE COURT: Okay. Well, he has three pending
18   motions. One is a motion to file his second amended
19   cross-claim, second is a motion for some kind of a writ, and
20   the third is a motion for leave to file a declaration.
21   I will strike all those motions without prejudice.
22   That leaves us with the defendants' -- I guess it
23   would be Metropolitan Life Insurance Company's motion to
24   dismiss.
25   MS. HERRING: Correct, your Honor. That was filed

1    back on August 12th.
2             THE COURT: Correct. And I don't believe there
3    have been any briefs filed on that beyond your original
4    motion.
5             MS. HERRING: That is correct. Mr. Stokes had
6    initially sought leave to amend. The Court gave him
7    deadlines, and then things went downhill from there.
8             THE COURT: All right. So the motion to dismiss is
9    effectively unopposed at this point.
10            MS. HERRING: Yes.
11            THE COURT: Mr. Brady, what's your view?
12            MR. BRADY: We don't have a position. It doesn't
13   seek -- his complaint doesn't seek relief with respect to us.
14   I have my opinions as to the merits of his complaint. But if
15   he is not going to oppose the motion to dismiss, we don't
16   object to it.
17            THE COURT: The motion is granted.
18            All right. Now, what about the rest of the case?
19            MR. BRADY: So I think that we can proceed. We had
20   met initially before all of this business with Mr. Stokes and
21   his attorney and everything happened and worked out a
22   schedule. I think we can do that again and get some new
23   dates.
24            THE COURT: Good.
25            MR. BRADY: But we are happy to talk and work out a

1    schedule going forward, I think.
2            THE COURT:  And it would just be the
3    straightforward claim, as I understand it, of Ritchey against
4    Metropolitan Life Insurance.
5            MS. HERRING:  No.
6            THE COURT:  No?
7            MS. HERRING:  He has claims against Mr. Stokes as
8    well, and Met Life has claims against Mr. Stokes.  So
9    Mr. Stokes is still a party to the lawsuit.  The Court just
10   dismissed Stokes' cross-claim --
11           THE COURT:  Cross-claim.
12           MS. HERRING:  -- against Met Life.
13           THE COURT:  Okay.
14           MS. HERRING:  But both of us have active claims
15   against Mr. Stokes.
16           THE COURT:  Got it.  He is going to need to either
17   appear and defend, or he will be in default.
18           MS. HERRING:  Yes.
19           MR. BRADY:  He has answered --
20           MS. HERRING:  He will need to participate, or we
21   will at least need to attempt to get his participation in any
22   scheduling as well.
23           THE COURT:  Sure.
24           What we should do is set it over for a Rule 16
25   conference.  At that point I'm hoping you will have gotten

1   his attention and be able to propose a schedule.
2            Is December 3rd all right?
3            MS. HERRING:  I am on out-of-state depositions that
4   day, your Honor.
5            I could do the 4th.
6            THE COURT:  The 4th is fine.
7            MR. BRADY:  I can do the 4th as well.
8            THE COURT:  The 4th at 9 o'clock.  And you will
9   present a proposed schedule at that time.
10           MR. BRADY:  Okay.  Thank you, your Honor.
11           THE COURT:  All right.  Thanks.
12                    *   *   *   *   *
13  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
14
15  /s/ Frances Ward_____November 8, 2019.
    Official Court Reporter
16  F